Exhibit A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO<br>STATE OF COLORADO<br>270 S Tejon, Colorado Springs, CO 80903 | DATE FILED: March 18, 2024 11:15 AM<br>FILING ID: 74AF84F1FC704<br>CASE NUMBER: 2024CV30490 |
| PLAINTIFF: **PATRICIA CLOUGH**<br><br>v.<br><br>DEFENDANTS: **DICK'S SPORTING GOOD, INC., CHAPEL HILLS REALTY, LLC, CHAPEL HILLS CH, LLC and CHAPEL HILLS NASSIM LLC** | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Jeffrey Scott Lasswell, P.C.<br>Jeffrey Scott Lasswell, #33390<br>104 S Cascade Avenue, Suite 202<br>Colorado Springs, CO 80903<br>Phone Number:  (719) 635-1245<br>FAX : (719) 389-1353<br>E-mail :  lasswell@jslpc.com | Case Number:<br><br>Division: |
| **COMPLAINT** | |

COMES NOW Plaintiff, by and through her attorney, Jeffrey Scott Lasswell, P.C., and for her Complaint against Defendants, states and alleges:

### JURISDICTION AND VENUE

1. Plaintiff is a resident of the State of Colorado.

2. At all times relevant hereto, Defendant Dick's Sporting Good, Inc., was a Delaware corporation.

3. The registered agent for the Dick's Sporting Good, Inc. is the CT Corporation System, 7700 E. Arapahoe Road, Suite 220, Centennial, CO 80112.

4. Upon information and belief, Dick's Sporting Good operated a business at 1710 Briargate Boulevard, Colorado Springs, CO 80920 inside the Chapel Hills Mall (a/k/a "the property").

Exhibit A

5. At all times relevant hereto, Defendant Chapel Hills Realty LLC, was a Limited Liability Company in good standing registered with the Colorado Secretary of State.

6. The registered agent for Chapel Hills Realty LLC is Registered Agent Solutions, Inc., 36 S. 18th Avenue, Suite D., Brighton, CO 80601.

7. Upon information and belief, Defendant Chapel Hills Realty LLC was the owner of the property where Plaintiff was injured and leased the property to Dick's.

8. At all times relevant, Defendant Chapel Hills CH LLC was a Limited Liability Company in good standing registered with the Colorado Secretary of State.

9. The registered agent for Chapel Hills CH LLC is Registered Agent Solutions, Inc., 36 S. 18th Avenue, Suite D., Brighton, CO 80601.

10. Upon information and belief, Defendant, Chapel Hills CH LLC was the listed owner of the subject property where Plaintiff was injured and leased the property to Dick's.

11. At all times relevant, Defendant Chapel Hills Nassim LLC was a Limited Liability Company in good standing registered with the Colorado Secretary of State.

12. The registered agent for Chapel Hills Nassim LLC is Registered Agent Solutions, Inc., 36 S. 18th Avenue, Suite D., Brighton, CO 80601.

13. Upon information and belief, Defendant, Chapel Hills Nassim LLC was the listed owner of the subject property where Plaintiff was injured and leased the property to Dick's.

14. Venue is proper under *C.R.C.P. 98(c)* in that the events described below happened in El Paso County, Colorado.

## BACKGROUND AND FACTS

15. On or about March 20, 2022, Dick's allowed an unreasonably dangerous condition to form and exist in the form of a puddle of vomit on the floor in front of the registers at the

Exhibit A

property.

16. On that date, Plaintiff was a customer of Defendants.

17. Defendants, through their employees and agents, failed to take reasonable steps to clean the vomit or warn of its presence.

18. As a result, Plaintiff was caused to slip and fall.

19. She sustained bodily injures and damages because of the fall.

### FIRST CLAIM FOR RELIEF – C.R.S. §13-21-115
### (Invitee)

20. Plaintiff restates all the above as if fully set forth.

21. Defendants owed Plaintiff a duty to not unreasonably fail to exercise reasonable care to protect against dangers of which they actually knew or should have known.

22. Defendants each breached that duty by failing to exercise reasonable care. Specifically, by failing to ensure the floor was not unreasonably dangerous for its customers, by allowing vomit to be on the floor, by not timely cleaning up the vomit and by failing to warn customers, including Plaintiff, of the liquid.

23. As a result of Defendants' unreasonable failures and breaches, Plaintiff was caused to slip and fall, incurring injuries and damages.

24. As a result of her injuries and damages, Plaintiff has, among other things, temporary and permanent injuries and disabilities, temporary and permanent physical impairment and loss of enjoyment of life, has incurred medical bills and other economic damages, and has suffered pain and suffering.

WHEREFORE Plaintiff respectfully moves this Honorable Court to enter judgment in her favor and against Defendants, for all damages allowed by law, including economic and non-economic damages, costs herein expended, for expert witness fees, and interest, all as provided

by law from the date this action accrued to the date of satisfaction of the judgment, and as otherwise may be provided for by law, and for such other and further relief deemed just.

**JURY DEMAND**

Plaintiff does not demand a jury trial.

Respectfully submitted on March 18, 2024, by:

JEFFREY SCOTT LASSWELL, P.C.

*/s/ Jeffrey Scott Lasswell*
Jeffrey Scott Lasswell, #33390
Attorney for Plaintiff

*In accordance with C.R.C.P. 121 § 1-29(9) a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*